Lijeski et al., Appellants, *v.* Shapp.

Argued September 25, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Larry P. Gaitens,* for appellants.

*J. Justin Blewitt, Jr.,* Deputy Attorney General, with him *J. Shane Creamer,* Attorney General, for Commonwealth, appellees.

OPINION PER CURIAM, November 17, 1972:
Decree affirmed. Each side to pay own costs.